STATE OF CONNECTICUT:
: ss: EAST HARTFORD          NOVEMBER 24, 2014
COUNTY OF HARTFORD :

Then and by virtue hereof and by direction of the Plaintiff's Attorney, I made due and legal service upon the within named defendant **SHOWMARK MEDIA, LLC,** by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0235 3381, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named defendant:

SHOWMARK MEDIA, LLC
C/O INCORP SERVICES, INC.
ONE COMMERCE CENTER
1201 N ORANGE ST
WILMINGTON, DE 19801

SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 24TH day of NOVEMBER, 2014, I made due and legal service upon the within named defendant **SHOWMARK HOLDINGS, LLC,** by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0235 7518, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named defendant:

SHOWMARK HOLDINGS, LLC
C/O INCORP SERVICES, INC.
ONE COMMERCE CENTER
1201 N ORANGE ST
WILMINGTON, DE 19801

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND with my doings thereon endorsed.


State of Connecticut
County of Hartford
Judicial Department

ATTEST:
KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| Postage | $14.40 |
| Verified pages | 20.00 |
| Endorsements | 2.40 |
| Service | 60.00 |
| Travel | 5.00 |
| Total | $102.20 |

**KEITH D. NIZIANKIEWICZ**
*Connecticut State Marshal*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295