# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

## Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

**Return date:** Dec-16-2014
**Docket number:** HHD-CV-14-6055558-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
SACK, MARC  v. SHOWMARK MEDIA, LLC Et Al

☒ Judicial District   ☐ Housing Session   ☐ Small Claims   ☐ Geographic Area number ____

**Address of Court** *(Number, street, town and zip code)*
95 WASHINGTON STREET HARTFORD, CT 06106

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

**Name of self-represented party** *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
MATTHEW JULIAN FORREST

**Juris number of attorney or firm:** 420704

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
72 SOMERSET STREET

**Post office box:**
**Telephone number** *(Area code first):* 8607573828

| City/town | State | Zip code | Fax number (Area code first) | E-mail address |
|---|---|---|---|---|
| WETHERSFIELD | CT | 06109 | 8603724839 | matthew@matthewforrestlaw.com |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☒ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
    ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*

2. ☒ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☒ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 420704 | MATTHEW JULIAN FORREST | Dec 01 2014 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Dec 01 2014** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

**Name and address of each party and attorney that copy was mailed or delivered to***
HAYBER LAW FIRM LLC - 221 MAIN STREET/SUITE 502/HARTFORD, CT 06106

*For Court Use Only*

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 420704 | MATTHEW JULIAN FORREST | Dec 01 2014 | 8607573828 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.