IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC SACK | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| v. | ) | |
| SHOWMARK MEDIA, LLC, and SHOWMARK HOLDINGS, LLC | ) | |
| Defendants. | ) | |

### DECLARATION OF JOHN HANAW

I, John Hanaw, hereby state and declare as follows:

1. I am over the age of 18 years and understand the meaning and obligation of an oath;

2. I make this declaration based on my personal knowledge;

3. I am a dual citizen of the United States of America and the State of Israel.

4. I am a resident of the State of Israel.

5. Upon information and belief, on November 26, 2014, Plaintiff, Marc Sack, filed an action against the defendants in the state court entitled *Marc Sack, Individually and on Behalf of all Other Similarly Situated Individuals v. Showmark Media, LLC, and Showmark Holdings, LLC*, in the Superior Court, Judicial District of Hartford at Hartford, bearing a return date of December 16, 2014, bearing Docket No. HHD-CV14-6055558-S.



6. Upon information and belief, on November 24, 2014, Showmark Media, LLC, was served with a copy of Plaintiff's original Writ, Summons, Complaint and Statement of Demand by State Marshal's deposit with the U.S. Postal Service on Incorp Services, Inc., its agent for service of process, One Commerce Center, 1201 N. Orange Street, Wilmongton, DE, 19801.

7. A copy of the Complaint served upon Incorp Services for Showmark Media, LLC, in the state court action and a copy of the summons filed therein appear Exhibit A.

8. Upon information and belief, such documents were received by Incorp Services for Showmark Media, LLC, on November 28, 2014.

9. Upon information and belief, on November 24, 2014, Showmark Holdings, LLC, was also served with a copy of Plaintiff's original Writ, Summons, Complaint and Statement of Demand by State Marshal's deposit with the U.S. Postal Service on Incorp Services, Inc., its agent for service of process, One Commerce Center, 1201 N. Orange Street, Wilmongton, DE, 19801.

10. A copy of the Complaint served upon Incorp Services for Showmark Holdings, LLC, in the state court action and a copy of the summons filed therein appear at Exhibit B.

11. Upon information and belief, such documents were received by Incorp Services for Showmark Holdings, LLC, on December 8, 2014.

12. Defendant Showmark Media, LLC, is a limited liability company organized under the state of Delaware.

13. Showmark Media's sole member is Showmark Holdings, LLC.  See, id.

14. Defendant Showmark Holdings, LLC, is a limited liability company organized under the state of Delaware.

15. I am the sole member of Showmark Holdings, LLC.

16. Defendants do not maintain a physical presence in the State of Connecticut.

17. The mailing address for defendants of 4 Research Drive, Suite 402, in Shelton, Connecticut, is a mere mail drop box.

18. Direction, control and coordination of Defendants occurs in the State of Maryland, rendering that such state the location of their principal place of business, if Defendants under the laws of the United States of America must be deemed to have a principal place of business.

19. Defendants have undertaken to quantify the total statutory damages claimed by Plaintiff that were be owed if all or substantially all of the claimed violations were compensable.



20. Based upon this calculation of Plaintiff's putative class claims, the amount of the statutory damages sought is in excess of $8,000,000.

21. To make such calaculation, I determined that "Thousands" of class members indicates a minimum of 2,000 class members. Plaintiff, as an alleged typical class member, claims he received 8 e-mails in violation of law, valued at $500 per violation. Thus, at least 16,000 violations (2,000 * 8) are claimed, with damages of at least $8,000,000 (16,000 * $500).

22. Defendants have further undertaken to review their records and preliminarily agree that, consistent with the allegations of the Complaint, there would be at least 16,000 e-mails at issue.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON:       December __, 2014

_____
John Hanaw