**APPEARANCE**
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date: **Dec-16-2014**
Docket number: **HHD-CV-14-6055558-S**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
SACK, MARC  v. SHOWMARK MEDIA, LLC Et Al

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number ___ | Address of Court *(Number, street, town and zip code)* 95 WASHINGTON STREET HARTFORD, CT 06106 |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

**Please Enter the Appearance of**

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
**RAYMOND LAW GROUP LLC**

Juris number of attorney or firm: **426989**

Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
**90 NATIONAL DRIVE SUITE 3**

Post office box:
Telephone number *(Area code first)*: **860-633-0580**

City/town: **GLASTONBURY**  State: **CT**  Zip code: **06033**  Fax number *(Area code first)*: **860-633-0438**  E-mail address: **raymond@raymondlawgroup.com**

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: ___
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only: ___
☐ Other *(Specify):* ___
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* ___
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**    ☒ Yes    ☐ No

Signed *(Individual attorney or self-represented party)*: ▶ **401137**
Name of person signing at left *(Print or type)*: **BRUCE H RAYMOND**
Date signed: **Dec 15 2014**

**Certification**
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Dec 15 2014** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
MATTHEW FORREST - 72 SOMERSET STREET/WETHERSFIELD, CT 06109
HAYBER LAW FIRM LLC - 221 MAIN STREET/SUITE 502/HARTFORD, CT 06106

*For Court Use Only*

Signed *(Signature of filer)*: ▶ **401137**
Print or type name of person signing: **BRUCE H RAYMOND**
Date signed: **Dec 15 2014**
Telephone number: **860-633-0580**

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for HHD-CV-14-6055558-S**

**Submitted By RAYMOND LAW GROUP LLC (426989)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 SHOWMARK MEDIA, LLC

Pty# D-02 SHOWMARK HOLDINGS, LLC.

***** End of Party List *****