IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC SACK | ) | CIVIL ACTION NO. 2:14-cv-01937 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHOWMARK MEDIA, LLC | ) | |
| SHOWMARK HOLDINGS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PENDING MOTIONS

NOW COME Defendants, Showmark Media, LLC, and Showmark Holdings, LLC, the removing party in the above-captioned matter and, pursuant to the Standing Order on Removed Cases hereby represent that there are not any pending motions in this matter in the state court action and no action by a Judge of this Court thereon is required. The only pleading in this matter is the Complaint.

Respectfully submitted,
THE DEFENDANTS

Date: December 23, 2014

By: /s/ Jay M. Wolman
Jay M. Wolman ct29129
Bruce H. Raymond ct04981
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
P: 860-633-0580
F: 860-633-0438
wolman@raymondlawgroup.com
Raymond@raymondlawgroup.com
Their Attorneys.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

> Richard E. Hayber, Esq.
> Hayber Law Firm LLC
> 221 Main Street, Suite 502
> Hartford, CT 06106
>
> Matthew Forrest, Esq.
> 72 Somerset Street
> Wethersfield, CT 06109

Parties may access this filing through the court's CM/ECF System.

Date:  December 23, 2014                             /s/ Jay M. Wolman
                                                                      Jay M. Wolman