IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC SACK | ) | CIVIL ACTION NO. 2:14-cv-01937 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHOWMARK MEDIA, LLC, and | ) | |
| SHOWMARK HOLDINGS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT PURSUANT TO STANDING ORDER ON REMOVED CASES**

NOW COME Defendants, Showmark Media, LLC, and Showmark Holdings, LLC, the removing party in the above-captioned matter and, pursuant to the Standing Order on Removed Cases hereby give file and serve the requisite signed statement setting forth the information required thereby, to wit:

1. The date on which each defendant first received a copy of the summons and complaint in the state court action.

    **Response:** Defendant Showmark Media, LLC, first received a copy of the Complaint on November 28 and Defendant Showmark Holdings, LLC, on December 8, 2014, when each was received by Defendants' statutory agents for service of process.

2. The date on which each defendant was served with a copy of the summons and complaint, if any of those dates are different from the dates set forth in item 1.

**Response:** **Pursuant to the Return of Service filed by Plaintiff, Defendants were served on November 24, 2014.**

3. In diversity cases, whether any defendant who has been served is a citizen of Connecticut. Also, if any party is a partnership, limited liability partnership or limited liability company or corporation, the citizenship of each partner, general partner, limited partner and member, and if any such partner, general partner, limited partner or member is itself a partnership, limited liability partnership or limited liability company or corporation, the citizenship of each member.

**Response:** **Both Defendants are citizens of the State of Delaware. The sole member of Defendant Showmark Media, LLC, is Defendant Showmark Holdings, LLC, a citizen of the State of Delaware. The sole member of Defendant Showmark Holdings, LLC, is John Hanaw, a citizen of the State of Israel.**

4. If removal takes place more than thirty (30) days after any defendant first received a copy of the summons and complaint, the reasons why removal has taken place at this time.

**Response:**     NOT APPLICABLE

5. The name of any defendant served prior to the filing of the notice of removal who has not formally joined in the notice of removal and the reasons why any such defendant did not join in the notice of removal.

**Response:**     NOT APPLICABLE

                                          Respectfully submitted,
                                          THE DEFENDANTS

Date:  December 23, 2014              By: /s/ Jay M. Wolman
                                                            Jay M. Wolman ct29129
                                                            Bruce H. Raymond ct04981
                                                            Raymond Law Group LLC
                                                            90 National Drive, Suite 3
                                                            Glastonbury, CT 06033
                                                            P: 860-633-0580
                                                            F: 860-633-0438
                                                            wolman@raymondlawgroup.com
                                                            Raymond@raymondlawgroup.com
                                                            Their Attorneys.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

> Richard E. Hayber, Esq.
> Hayber Law Firm LLC
> 221 Main Street, Suite 502
> Hartford, CT 06106
>
> Matthew Forrest, Esq.
> 72 Somerset Street
> Wethersfield, CT 06109

Parties may access this filing through the court's CM/ECF System.

Date:  December 23, 2014                              /s/ Jay M. Wolman
                                                     Jay M. Wolman