IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARC SACK | CIVIL ACTION NO. 2:14-cv-01937 |
| Plaintiff, | |
| v. | |
| SHOWMARK MEDIA, LLC, and SHOWMARK HOLDINGS, LLC, | |
| Defendants. | |

### DEFENDANT, SHOWMARK MEDIA LLC, FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Showmark Media, LLC, hereby states and makes affidavit that it has a parent corporation, namely Defendant Showmark Holdings, LLC. No publicly held corporation owns 10% or more of its stock.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

        Respectfully submitted,
        THE DEFENDANTS

Date: December 23, 2014

By: /s/ Jay M. Wolman
Jay M. Wolman ct29129
Bruce H. Raymond ct04981
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
P: 860-633-0580
F: 860-633-0438
wolman@raymondlawgroup.com
Raymond@raymondlawgroup.com
Their Attorneys.

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

Richard E. Hayber, Esq.
Hayber Law Firm LLC
221 Main Street, Suite 502
Hartford, CT 06106

Matthew Forrest, Esq.
72 Somerset Street
Wethersfield, CT 06109

Parties may access this filing through the court's CM/ECF System.

Date:  December 23, 2014                    /s/ Jay M. Wolman
                                            Jay M. Wolman