IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARC SACK ) | CIVIL ACTION NO. |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHOWMARK MEDIA, LLC, and ) | |
| SHOWMARK HOLDINGS, LLC ) | |
| ) | |
| Defendants. ) | |

## NOTICE AND CERTIFICATE OF FILING COPY OF NOTICE OF REMOVAL IN SUPERIOR COURT

I, Jay M. Wolman, of the law firm of Raymond Law Group LLC, attorney for the Defendants, pursuant to 28 U.S.C. §1446(d), do hereby certify and give notice that on the INSERT DATE, 2014, I caused to be filed a true copy of the Defendant's Notice of Removal in the above captioned action in the United States District Court for the District of Connecticut, together with copies of the original Summons and Complaint, in the offices of the Clerk of the Superior Court, Judicial District of Hartford addressed as follows:

> Robin C. Smith
> Chief Clerk's Office
> Hartford Superior Court
> 95 Washington Street
> Hartford, CT 06106

Written notice thereof was given to all adverse parties as set forth in the Certificate of Service therein, a copy of which is attached hereto as Exhibit A.

> Respectfully submitted,
> THE DEFENDANTS

| | |
|---|---|
| Date:  December 23, 2014 | By: <u>/s/ Jay M. Wolman</u><br>Jay M. Wolman ct29129<br>Bruce H. Raymond ct04981<br>Raymond Law Group LLC<br>90 National Drive, Suite 3<br>Glastonbury, CT 06033<br>P: 860-633-0580<br>F: 860-633-0438<br>wolman@raymondlawgroup.com<br>Raymond@raymondlawgroup.com<br>Their Attorneys. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

Richard E. Hayber, Esq.
Hayber Law Firm LLC
221 Main Street, Suite 502
Hartford, CT 06106

Matthew Forrest, Esq.
72 Somerset Street
Wethersfield, CT 06109

Parties may access this filing through the court's CM/ECF System.

Date:  December 23, 2014                            /s/ Jay M. Wolman
                                                    Jay M. Wolman