# EXHIBIT A

You have successfully e-filed!                                                                Page 1 of 1

Case 3:14-cv-01937-VLB    Document 7-1    Filed 12/23/14    Page 2 of 43



**Attorney/Firm:** RAYMOND LAW GROUP LLC (426989)          **E-Mail:** thompson@raymondlawgroup.com   Logout

[Hide Instructions](#)                      **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Civil/Family Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction  (print this page for your records)

| | |
|---|---|
| **Docket Number:** | HHD-CV-14-6055558-S |
| **Case Name:** | SACK, MARC v. SHOWMARK MEDIA, LLC Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Dec-23-2014 |
| **Motion/Pleading by:** | RAYMOND LAW GROUP LLC (426989) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| | District of Connecticut, 2:14-cv-01937 |
| **Date and Time of Transaction:** | Tuesday, December 23, 2014 10:41:26 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]          [ Return to Case Detail ]

Copyright © 2014, State of Connecticut Judicial Branch

Raymond Law Group LLC - Juris #426989
90 National Drive, Suite 3 Glastonbury, CT 06033 Tel: 860-633-0580 Fax: 860-633-0438

| | | |
|---|---|---|
| DOCKET NO: HHD-CV-14-6055558-S | : | SUPERIOR COURT |
| | : | |
| MARC SACK | : | J.D. OF HARTFORD |
| | : | |
| VS. | : | AT HARTFORD |
| | : | |
| SHOWMARK MEDIA, LLC ET AL. | : | DECEMBER 23, 2014 |

**NOTICE OF FILING NOTICE OF REMOVAL FROM THE SUPERIOR COURT
JUDICIAL DISTRICT OF HARTFORD AT HARTFORD, STATE OF
CONNECTICUT TO THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

The undersigned defendants hereby give notice and file its Notice of

Filing Notice of Removal from the Superior Court, Judicial District of Hartford,

State of Connecticut to the United States District Court for the District of

Connecticut.  A copy of the Notice of Removal filed in the United States District

Court for the District of Connecticut is attached hereto as Exhibit A.

Respectfully submitted
THE DEFENDANTS

By: /s/ Jay M. Wolman 433791
Jay M. Wolman of
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
Its Attorneys

**<u>CERTIFICATION</u>**

   I hereby certify that a copy of the above was mailed or electronically delivered on this 23rd day of December 2014 to all counsel and pro se parties of record and that written consent for electronic delivery was received from all counsel and pro se parties of record who were electronically served including:

  Richard E. Hayber, Esq.
  Hayber Law Firm LLC
  221 Main Street, Suite 502
  Hartford, CT 06106

  Matthew Forrest, Esq.
  72 Somerset Street
  Wethersfield, CT 06109

       <u>/s/ Jay M. Wolman 433791</u>
       Jay M. Wolman

Raymond Law Group LLC - Juris #426989
90 National Drive, Suite 3 Glastonbury, CT 06033 Tel: 860-633-0580 Fax: 860-633-0438

# EXHIBIT A

Raymond Law Group LLC - Juris #426989
90 National Drive, Suite 3 Glastonbury, CT 06033 Tel: 860-633-0580 Fax: 860-633-0438

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC SACK | ) | CIVIL ACTION NO. |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHOWMARK MEDIA, LLC, and | ) | |
| SHOWMARK HOLDINGS, LLC | ) | |
| | ) | |
|     Defendants. | ) | |

## <u>DEFENDANTS' NOTICE OF REMOVAL</u>

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(d), 1441(a) and

1446, the Defendants Showmark Media, LLC, and Showmark Holdings, LLC,  hereby to

this court the civil action from the Superior Court, Judicial District of Hartford at Hartford

("state court") described below and in support states as follows:


1. On November 26, 2014, Plaintiff, Marc Sack, filed an action against the

    defendants in the state court entitled *Marc Sack, Individually and on Behalf of all*

    *Other Similarly Situated Individuals v. Showmark Media, LLC, and Showmark*

    *Holdings, LLC*, in the Superior Court, Judicial District of Hartford at Hartford,

    bearing a return date of December 16, 2014, bearing Docket No. HHD-CV14-

    6055558-S.

2.  On November 24, 2014, Showmark Media, LLC, was served with a copy of Plaintiff's original Writ, Summons, Complaint and Statement of Demand  by State Marshal's deposit with the U.S. Postal Service on Incorp Services, Inc., its agent for service of process, One Commerce Center, 1201 N. Orange Street, Wilmongton, DE, 19801.  A copy of the Complaint served upon Incorp Services in the state court action and a copy of the summons filed therein are attached hereto as Exhibit A.  Such documents were received by Incorp Services on November 28, 2014.

3.  On November 24, 2014, Showmark Holdings, LLC, was also served with a copy of Plaintiff's original Writ, Summons, Complaint and Statement of Demand  by State Marshal's deposit with the U.S. Postal Service on Incorp Services, Inc., its agent for service of process, One Commerce Center, 1201 N. Orange Street, Wilmongton, DE, 19801.  A copy of the Complaint served upon Incorp Services in the state court action and a copy of the summons filed therein are attached hereto as Exhibit B.  Such documents were received by Incorp Services on December 8, 2014.

4.  The defendants have not yet answered or otherwise responded to the referenced Complaint.  An Appearance for Defendants was filed in the Hartford Superior Court on December 16, 2014 (Exhibit F).

5.  Plaintiff filed its Return of Service on November 26, 2014 (Exhibit C) and a
    supplemental appearance on December 1, 2014 (Exhibit D).

6.  Defendant Showmark Media, LLC, first received a copy of the Complaint on
    November 28 and Defendant Showmark Holdings, LLC, on  December 8, 2014,
    when each was received by Defendants' statutory agents for service of process.
    This Notice of Removal is timely and filed with this Court within the 30 days after
    receipt by Showmark Media LLC and Showmark Holdings of the initial pleadings
    setting forth the claims for relief upon which this action is based.

7.  Plaintiff, Marc Sack, is a citizen and resident of the State of Connecticut.
    Complaint, at paragraph 5.

8.  Defendant Showmark Media, LLC, is a limited liability company organized under
    the state of Delaware. See, Exhibit E, Declaration of John Hanaw.  Showmark
    Media's sole member is Showmark Holdings, LLC.  See, id.

9.  Defendant Showmark Holdings, LLC, is a limited liability company organized
    under the state of Delaware. See, Exhibit E, Declaration of John Hanaw.
    Showmark Holdings' sole member is John Hanaw, a citizen of the United States
    of America and the State of Israel, who is a resident of the State of Israel.  See,
    id.

10. Direction, control and coordination of Defendants occurs in the State of Maryland, rendering that such state the location of their principal place of business. See, id.

11. Plaintiff's Complaint does not state a specific amount as damages. It does, however, pray for Statutory Damages in the amount of $500 per violation. See, Complaint, Demand for Relief (c).

12. Plaintiff further complains that Defendants "have jointly and severally sent or caused to be sent hundreds and/or thousands of unsolicited advertising emails to Connecticut residents", with each such email in violation of law. See, Complaint, paragraph 4.

13. Plaintiff identifies eight such emails in his Complaint, for an individual claim of $4,000. See, Complaint, paragraphs 10 & 13.

14. Plaintiff claims that there "are hundred and/or thousands of class members". See, Complaint, paragraph 22.

15. Plaintiff seeks to recover on behalf of a class of residents of the State of Connecticut statutory damages of $500 per violation of Conn.Gen.Stat., sec. 52-570c, from the period beginning November 26, 2012, until adjudication of the complaint, plus attorneys' fees and costs. See, Complaint, paragraphs 1, 3 & 21.

16. Defendants have undertaken to quantify the total statutory damages claimed by Plaintiff that were be owed if all or substantially all of the claimed violations were compensable.

17. Based upon this calculation of Plaintiff's putative class claims, the amount of the statutory damages sought is in excess of $8,000,000.[1]

18. According to 28 U.S.C., sec. 1446(d), copies of this Notice have been served on counsel for Plaintiff and filed with the Clerk of the Superior Court, Judicial District of Hartford. In addition, a copy of all pleadings filed in the State Court action are filed herewith.

19. The action is removable pursuant to the provisions of 28 U.S.C. §1332(d), 1441(a) because this is a class action wherein the amount in controversy exceeds the sum or the value of $5,000,000 exclusive of interests and costs, and all or substantially all of the Plaintiffs are citizens of a State (Connecticut) different from the state of which Defendants are citizens (Delaware).[2]

---

[1] "Thousands" of class members indicates a minimum of 2,000 class members. Plaintiff, as an alleged typical class member, claims he received 8 e-mails in violation of law. Thus, at least 16,000 violations (2,000 * 8) are claimed, with damages of at least $8,000,000 (16,000 * $500). Defendants have further undertaken to review their records and preliminarily agree that there would be at least 16,000 e-mails at issue. See, Exhibit E, Declaration of John Hanaw.

[2] Although Plaintiff pleaded that Defendants maintain a principal place of business in Connecticut, such is in error; it is a mere mail drop box that does not constitute the "nerve center" required by *Hertz Corp. v. Friend*, 559 U.S. 77, 97 (2010). See, Exhibit E, Declaration of John Hanaw.

20. In addition, this Court has Federal Question Jurisdiction pursuant to 28 U.S.C., sec. 1331, for the state-law cause of action, Conn.Gen.Stat., sec. 52-570c(b)(1)(B) has been wholly displaced by a federal statute, 15 U.S.C. sec. 7707(b).  See, Arditi v. Lighthouse Int'l, 676 F.3d 294, 299 (2d Cir. 2012).

21. The Defendants have filed a Notice of Filing this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court for the Judicial District of Hartford at Hartford.

22. The Defendants state that there are no motions pending in this action before the Hartford Superior Court to its knowledge.

23. The Defendants have requested that the Clerk of the Superior Court for the Judicial District of Hartford certify or attest copies of all records or proceedings filed in the State Court and all docket entries therein, with the same to be filed with this Court within thirty (30) days.

WHEREFORE the Defendants, in the above action, now pending in the Superior Court for the Judicial District of Hartford at Hartford, prays that such action be removed to this Court.

Respectfully submitted,
THE DEFENDANTS

Date:  December 23, 2014

By: /s/ Jay M. Wolman
Jay M. Wolman ct29129
Bruce H. Raymond ct04981
Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
P: 860-633-0580
F: 860-633-0438
wolman@raymondlawgroup.com
Raymond@raymondlawgroup.com
Their Attorneys.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

Richard E. Hayber, Esq.
Hayber Law Firm LLC
221 Main Street, Suite 502
Hartford, CT 06106

Matthew Forrest, Esq.
72 Somerset Street
Wethersfield, CT 06109

Parties may access this filing through the court's CM/ECF System.

Date:  December 23, 2014                         /s/ Jay M. Wolman
                                                  Jay M. Wolman

## SUMMONS - CIVIL

JD-CV-1  Rev. 9-14
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**See other side for instructions**

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford, CT  06106 | ( 860 ) 548-2700 | **December** 16 , 2014 <br> Month  Day  Year |

| [X] Judicial District  [ ] Housing Session | G.A. Number: | At *(Town in which writ is returnable)* *(C.G.S. §§ 51-346, 51-349)* <br> **Hartford** | Case type code *(See list on page 2)* <br> Major: **M**   Minor: **90** |
|---|---|---|---|

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented  *(Number, street, town and zip code)* <br> **Richard E. Hayber, The Hayber Law Firm, LLC, 221 Main Street, Suite 502, Hartford, CT  06106** | Juris number *(to be entered by attorney only)* <br> **406659** |
|---|---|

| Telephone number *(with area code)* <br> ( 860 ) 522-8888 | Signature of Plaintiff *(If self-represented)* |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes  [ ] No | Email address for delivery of papers under Section 10-13 *(if agreed to)* <br> **rhayber@hayberlawfirm.com** |
|---|---|---|

| Number of Plaintiffs:  1 | Number of Defendants:  2 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name:  Sack, Marc, 78 Tumblewood Lane, West Hartford, CT 06117 <br> Address: | P-01 |
| **Additional Plaintiff** | Name: <br> Address: | P-02 |
| **First Defendant** | Name:  Showmark Media, LLC, 4 Research Dr, Suite 402, Shelton, CT  06484 <br> Address: | D-01 |
| **Additional Defendant** | Name:  Showmark Holdings, LLC., 4 Research Dr, Suite 402, Shelton, CT  06484 <br> Address: | D-02 |
| **Additional Defendant** | Name: <br> Address: | D-03 |
| **Additional Defendant** | Name: <br> Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left <br> **Richard E. Hayber** | Date signed <br> **11/20/2014** |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. <br> c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date | |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date <br> **11/20/2014** | **A TRUE COPY ATTEST** |
|---|---|---|---|
| Name and address of person recognized to prosecute in the amount of $250 <br> **Donna Pelletier, 221 Main Street, Hartford, CT 06106** | | | **Keith D Niziankiewicz** <br> Connecticut State Marshal |
| Signed *(Official taking recognizance; "X" proper box)* | [X] Commissioner of the Superior Court  [ ] Assistant Clerk | Date <br> **11/20/2014** | Docket Number |

RETURN DATE:  December 16, 2014          :          SUPERIOR COURT
                                         :
MARC SACK, individually                  :
and on behalf of all other similarly situated     :     JUDICIAL DISTRICT OF
individuals,                             :
       Plaintiff,        :          HARTFORD
                                         :
V.                                       :
                                         :
SHOWMARK MEDIA, LLC                      :
and SHOWMARK HOLDINGS, LLC               :
       Defendants.       :          NOVEMBER 20, 2014


## CLASS ACTION COMPLAINT

Plaintiff Marc Sack on behalf of himself and all others similarly situated, allege as follows:

1. Marc Sack brings this action against Showmark Media, LLC, ("Media") and Showmark Holdings, LLC ("Holdings") for violating Connecticut General Statutes Section 52-570c.

2. This law was enacted to prevent the sending of unsolicited advertising emails and prohibits the sending of unsolicited advertising emails to be sent unless (a) the sender identifies in the email a toll free number or valid return email address that the recipient may use to unsubscribe or otherwise notify the sender not to send any further unsolicited emails, and (b) the subject line begins with the letters "ADV."

3. This law further provides that any person aggrieved by a violation of the provisions of this section may bring a civil action in the Superior Court to enjoin further violations and for five hundred dollars for each violation, together with costs and a reasonable attorney's fee.

4. Upon information or belief, Defendants have jointly and severally sent or caused to be sent hundreds and/or thousands of unsolicited advertising emails to Connecticut residents in violation of this law. As a result, defendants are liable to plaintiff and the proposed class for damages attorneys' fees and costs.

5. Plaintiff Marc Sack is and has been, during the period of this lawsuit, a citizen and resident of the State of Connecticut.

6. Defendant Showmark Media, LLC is a Delaware corporation with a principal place of business at 4 Research Drive, Suite 402, Shelton, Connecticut.

7. Defendant Showmark Holdings, LLC is a Delaware corporation with a principal place of business at 4 Research Drive, Suite 402, Shelton, Connecticut.

8. Defendants produce and sell wall plaques and desktop marquees.

9. At all times relevant to this action Plaintiff maintained the email address: msack@nstarwp.com.

10. On or about Sunday, December 8, 2013 at 7:56 AM Defendants caused an email to be sent to Plaintiff at his email address containing advertising material regarding their products.

11. As of this date, Plaintiff did not have an established business relationship with defendants and did not solicit their email.

12. The email violated Connecticut's law in that it was unsolicited and the subject line did not begin with the letters "ADV."

13. Defendants sent additional emails of a similar nature to plaintiff on the following dates and times: December 10, 2013 - 11:59 AM, December 20, 2013 6:50 PM, December 24,

2013 6:46 PM, December 26, 2013 1:07 PM, January 17, 2014 12:39 PM, January 22, 2014 3:15 PM and January 27, 2014 4:05 PM.

14. All eight of the indicated emails were unsolicited and contained advertising material but did not include the letters "ADV" at the beginning of the "subject" line in violation of Connecticut law.

15. Defendants sent plaintiff these emails because he had recently been featured in Connecticut Magazine's December 2013 edition.

16. Upon information and belief, Defendants obtained Plaintiff's email address and the email address of others in Connecticut who had been featured in Connecticut Magazine's December 2013 edition and other publications without their knowledge or consent.

17. Defendants then caused unsolicited advertising emails to be sent to these Connecticut residents without including the letters "ADV" at the beginning of the "subject" line in violation of Connecticut law.

18. Upon information and belief, Defendants obtain email addresses from various sources, including but not limited to, the internet, computer programs, vendors, and/or other companies, designed for the purpose of acquiring email address for use in the Defendants' Companies' marketing strategy of sending unsolicited emails to Connecticut residents with the intention of improving profits.

19. Defendants then caused unsolicited advertising emails to be sent to these Connecticut residents from the emails acquired by way of averment 18 without including the letters "ADV" at the beginning of the "subject" line in violation of Connecticut law.

20. Plaintiff brings this class action on behalf of himself and all others similarly situated under sections 9-7 and 9-8 of the Connecticut Practice Book.

21. Plaintiff seeks to represent a class of individuals defined as follows:

> All residents of the State of Connecticut during the period beginning two years prior to the date of the filing of this complaint and continuing until the date of final judgment in this action to whom Defendants sent or caused to be sent unsolicited advertising emails without including the letters "ADV" at the beginning of the "subject" line.

22. This class is so numerous that joinder of all individual members in one action would be impracticable. The disposition of the individual claims of the respective class members through this class action will benefit the parties and this court. Upon information and belief there are hundreds and/or thousands of class members. Upon information and belief the class size and identities of the individual members thereof are ascertainable through Defendants records including defendants email and marketing records.

23. Plaintiff's claims are typical of the claims of the members of the class because they are based on the same legal theories and arise from the same unlawful conduct.

24. There are questions of law and fact common to the class including whether Defendants sent or caused to be sent emails to plaintiff and the members of the class without their consent or a prior business relationship and whether the emails failed to contain the required information under Connecticut law.

25. The questions of fact and law common to Plaintiff and the class will predominate over questions that may affect individual members.

26. Plaintiff is an adequate representative of the class because his interests do not conflict with the interests of the members of the class. Plaintiff will fairly, adequately and vigorously represent and protect the interests of the members of the class and has no interest antagonistic to the members of the class. Plaintiff has retained counsel who is competent and experienced in litigation and especially class-action litigation.

27. A class action is superior to other available means for the fair and efficient adjudication of these claims. While the aggregate damages that may be awarded to the class as a whole is likely to be substantial, the damages suffered by individual members of the class are relatively small, i.e., only $500 per violation. The expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the class to individually seek redress for the wrongs done to them. The likelihood of the individual class members prosecuting separate claims is remote. Plaintiff is unaware of any other litigation concerning this controversy already commenced against defendants by any member of the class.

28. Individualized litigation also would present the potential for varying, inconsistent or contradictory judgments, and would increase the delay and expense to all parties and the court system resulting from multiple trials of the same factual issues. The conduct of this matter as a class action presents a view management difficulties conserves the resources of the parties and the court system and would protect the rights of each member of the class. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action.

29. Defendants have acted on grounds generally applicable to the members of the class thereby making final injunctive relief respect to the class as a whole.

30. By the conduct described above defendants committed numerous violations of Conn.Gen.Stat. Section 52-570c against plaintiff and the members of the class by sending unsolicited emails containing advertising material without the legally required "ADV" indication in the "subject" line.

31. As a direct and proximate result of Defendant's illegal conduct, plaintiff and the members of the class are entitled to statutory damages in the amount of $500 per violation plus costs and reasonable attorney's fees.

32. Plaintiff and the members of the class are also entitled to an injunction against defendants prohibiting defendants from committing further violations of the statute.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff claims, individually and on behalf of all other similarly situated persons:

a.   Certification of this action as a class action pursuant to 9-7 and 9-8 of the Connecticut Practice Book on behalf of members of the class and the appointment of Plaintiff and his counsel to represent the class;

b.   Appointment of Plaintiff and his counsel as class representatives;

c.   Statutory damages in the amount of $500 per violation;

d.   An injunction enjoining Defendants from sending unsolicited advertising emails in violation of Connecticut law;

e.   Pre-Judgment and Post-Judgment interest, as provided by law;

f.   Attorneys' fees and costs;

g.   Such other and further relief as the Court deems just and equitable.

MARC SACK, individually and on behalf of
other similarly situated individuals

By: _____
Richard E. Hayber
**Hayber Law Firm, LLC**
221 Main Street, Suite 502
Hartford, CT 06106
Juris No.: 406659
(860) 522-8888
(860) 218-9555 (facsimile)
rhayber@hayberlawfirm.com

**Attorneys for Plaintiff and the Class**

A TRUE COPY ATTEST

Keith D Niziankiewicz
Connecticut State Marshal
Indifferent Person

## STATE OF CONNECTICUT

| | | |
|---|---|---|
| RETURN DATE: December 16, 2014 | : | SUPERIOR COURT |
| | : | |
| MARC SACK, individually | : | |
| and on behalf of all other similarly situated | : | JUDICIAL DISTRICT OF |
| individuals, | : | |
|     Plaintiff, | : | HARTFORD |
| | : | |
| V. | : | |
| | : | |
| SHOWMARK MEDIA, LLC | : | |
| and SHOWMARK HOLDINGS, LLC | : | |
|     Defendants. | : | NOVEMBER 20, 2014 |

## STATEMENT OF AMOUNT IN DEMAND

WHEREFORE, the Plaintiff, individually and on behalf of all other similarly situated individuals, claims a cause of action seeking damages not less than $15,000, exclusive of interest and costs, which cause is within the jurisdiction of the Superior Court.

MARC SACK, individually and on behalf of other similarly situated individuals

By: _____
Richard E. Hayber
**Hayber Law Firm, LLC**
221 Main Street, Suite 502
Hartford, CT 06106
Juris No.: 406659
(860) 522-8888
(860) 218-9555 (facsimile)
rhayber@hayberlawfirm.com

Attorneys for Plaintiff and the Class

A TRUE COPY ATTEST

Keith D Niziankiewicz
Connecticut State Marshal
Indifferent Person

# SUMMONS - CIVIL

JD-CV-1 Rev. 9-14
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**See other side for instructions**

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548-2700 | December 16, 2014 |
| | | Month Day Year |

| [x] Judicial District | G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| [ ] Housing Session | Number: | Hartford | Major: M   Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Richard E. Hayber, The Hayber Law Firm, LLC, 221 Main Street, Suite 502, Hartford, CT 06106 | 406659 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| ( 860 ) 522-8888 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes  [ ] No | Email address for delivery of papers under Section 10-13 (if agreed to) rhayber@hayberlawfirm.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 2 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Sack, Marc, 78 Tumblewood Lane, West Hartford, CT 06117  Address: | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Showmark Media, LLC, 4 Research Dr, Suite 402, Shelton, CT 06484  Address: | D-01 |
| Additional Defendant | Name: Showmark Holdings, LLC., 4 Research Dr, Suite 402, Shelton, CT 06484  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [x] Commissioner of the Superior Court  [ ] Assistant Clerk | Name of Person Signing at Left Richard E. Hayber | Date signed 11/20/2014 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | |

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date 11/20/2014 |
|---|---|---|

| Name and address of person recognized to prosecute in the amount of $250 |
|---|
| Donna Pelletier, 221 Main Street, Hartford, CT 06106 |

| Signed (Official taking recognizance; "X" proper box) | [x] Commissioner of the Superior Court  [ ] Assistant Clerk | Date 11/20/2014 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE:  December 16, 2014        :     SUPERIOR COURT

                                                :

**MARC SACK, individually**                   :

**and on behalf of all other similarly situated**  :     **JUDICIAL DISTRICT OF**

**individuals,**                                :

        **Plaintiff,**                      :     **HARTFORD**

                                                  :

**V.**                                                :

                                                  :

**SHOWMARK MEDIA, LLC**                   :

**and SHOWMARK HOLDINGS, LLC**        :

        **Defendants.**                  :     **NOVEMBER 20, 2014**

## CLASS ACTION COMPLAINT

Plaintiff Marc Sack on behalf of himself and all others similarly situated, allege as follows:

1. Marc Sack brings this action against Showmark Media, LLC, ("Media") and Showmark Holdings, LLC ("Holdings") for violating Connecticut General Statutes Section 52-570c.

2. This law was enacted to prevent the sending of unsolicited advertising emails and prohibits the sending of unsolicited advertising emails to be sent unless (a) the sender identifies in the email a toll free number or valid return email address that the recipient may use to unsubscribe or otherwise notify the sender not to send any further unsolicited emails, and (b) the subject line begins with the letters "ADV."

3. This law further provides that any person aggrieved by a violation of the provisions of this section may bring a civil action in the Superior Court to enjoin further violations and for five hundred dollars for each violation, together with costs and a reasonable attorney's fee.

4. Upon information or belief, Defendants have jointly and severally sent or caused to be sent hundreds and/or thousands of unsolicited advertising emails to Connecticut residents in violation of this law. As a result, defendants are liable to plaintiff and the proposed class for damages attorneys' fees and costs.

5. Plaintiff Marc Sack is and has been, during the period of this lawsuit, a citizen and resident of the State of Connecticut.

6. Defendant Showmark Media, LLC is a Delaware corporation with a principal place of business at 4 Research Drive, Suite 402, Shelton, Connecticut.

7. Defendant Showmark Holdings, LLC is a Delaware corporation with a principal place of business at 4 Research Drive, Suite 402, Shelton, Connecticut.

8. Defendants produce and sell wall plaques and desktop marquees.

9. At all times relevant to this action Plaintiff maintained the email address: msack@nstarwp.com.

10. On or about Sunday, December 8, 2013 at 7:56 AM Defendants caused an email to be sent to Plaintiff at his email address containing advertising material regarding their products.

11. As of this date, Plaintiff did not have an established business relationship with defendants and did not solicit their email.

12. The email violated Connecticut's law in that it was unsolicited and the subject line did not begin with the letters "ADV."

13. Defendants sent additional emails of a similar nature to plaintiff on the following dates and times: December 10, 2013 - 11:59 AM, December 20, 2013 6:50 PM, December 24,

2013 6:46 PM, December 26, 2013 1:07 PM, January 17, 2014 12:39 PM, January 22, 2014 3:15 PM and January 27, 2014 4:05 PM.

14. All eight of the indicated emails were unsolicited and contained advertising material but did not include the letters "ADV" at the beginning of the "subject" line in violation of Connecticut law.

15. Defendants sent plaintiff these emails because he had recently been featured in Connecticut Magazine's December 2013 edition.

16. Upon information and belief, Defendants obtained Plaintiff's email address and the email address of others in Connecticut who had been featured in Connecticut Magazine's December 2013 edition and other publications without their knowledge or consent.

17. Defendants then caused unsolicited advertising emails to be sent to these Connecticut residents without including the letters "ADV" at the beginning of the "subject" line in violation of Connecticut law.

18. Upon information and belief, Defendants obtain email addresses from various sources, including but not limited to, the internet, computer programs, vendors, and/or other companies, designed for the purpose of acquiring email address for use in the Defendants' Companies' marketing strategy of sending unsolicited emails to Connecticut residents with the intention of improving profits.

19. Defendants then caused unsolicited advertising emails to be sent to these Connecticut residents from the emails acquired by way of averment 18 without including the letters "ADV" at the beginning of the "subject" line in violation of Connecticut law.

20. Plaintiff brings this class action on behalf of himself and all others similarly situated under sections 9-7 and 9-8 of the Connecticut Practice Book.

21. Plaintiff seeks to represent a class of individuals defined as follows:

> All residents of the State of Connecticut during the period beginning two years prior to the date of the filing of this complaint and continuing until the date of final judgment in this action to whom Defendants sent or caused to be sent unsolicited advertising emails without including the letters "ADV" at the beginning of the "subject" line.

22. This class is so numerous that joinder of all individual members in one action would be impracticable. The disposition of the individual claims of the respective class members through this class action will benefit the parties and this court. Upon information and belief there are hundreds and/or thousands of class members. Upon information and belief the class size and identities of the individual members thereof are ascertainable through Defendants records including defendants email and marketing records.

23. Plaintiff's claims are typical of the claims of the members of the class because they are based on the same legal theories and arise from the same unlawful conduct.

24. There are questions of law and fact common to the class including whether Defendants sent or caused to be sent emails to plaintiff and the members of the class without their consent or a prior business relationship and whether the emails failed to contain the required information under Connecticut law.

25. The questions of fact and law common to Plaintiff and the class will predominate over questions that may affect individual members.

26. Plaintiff is an adequate representative of the class because his interests do not conflict with the interests of the members of the class. Plaintiff will fairly, adequately and vigorously represent and protect the interests of the members of the class and has no interest antagonistic to the members of the class. Plaintiff has retained counsel who is competent and experienced in litigation and especially class-action litigation.

27. A class action is superior to other available means for the fair and efficient adjudication of these claims. While the aggregate damages that may be awarded to the class as a whole is likely to be substantial, the damages suffered by individual members of the class are relatively small, i.e., only $500 per violation. The expense and burden of individual litigation makes it economically infeasible and procedurally impracticable for each member of the class to individually seek redress for the wrongs done to them. The likelihood of the individual class members prosecuting separate claims is remote. Plaintiff is unaware of any other litigation concerning this controversy already commenced against defendants by any member of the class.

28. Individualized litigation also would present the potential for varying, inconsistent or contradictory judgments, and would increase the delay and expense to all parties and the court system resulting from multiple trials of the same factual issues. The conduct of this matter as a class action presents a view management difficulties conserves the resources of the parties and the court system and would protect the rights of each member of the class. Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action.

29. Defendants have acted on grounds generally applicable to the members of the class thereby making final injunctive relief respect to the class as a whole.

30. By the conduct described above defendants committed numerous violations of Conn.Gen.Stat. Section 52-570c against plaintiff and the members of the class by sending unsolicited emails containing advertising material without the legally required "ADV" indication in the "subject" line.

31. As a direct and proximate result of Defendant's illegal conduct, plaintiff and the members of the class are entitled to statutory damages in the amount of $500 per violation plus costs and reasonable attorney's fees.

32. Plaintiff and the members of the class are also entitled to an injunction against defendants prohibiting defendants from committing further violations of the statute.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff claims, individually and on behalf of all other similarly situated persons:

a.   Certification of this action as a class action pursuant to 9-7 and 9-8 of the Connecticut Practice Book on behalf of members of the class and the appointment of Plaintiff and his counsel to represent the class;

b.   Appointment of Plaintiff and his counsel as class representatives;

c.   Statutory damages in the amount of $500 per violation;

d.   An injunction enjoining Defendants from sending unsolicited advertising emails in violation of Connecticut law;

e.   Pre-Judgment and Post-Judgment interest, as provided by law;

f.   Attorneys' fees and costs;

g.   Such other and further relief as the Court deems just and equitable.

MARC SACK, individually and on behalf of
other similarly situated individuals

By: _____

Richard E. Hayber
**Hayber Law Firm, LLC**
221 Main Street, Suite 502
Hartford, CT 06106
Juris No.: 406659
(860) 522-8888
(860) 218-9555 (facsimile)
rhayber@hayberlawfirm.com

Attorneys for Plaintiff and the Class

A TRUE COPY ATTEST:

Keith D Mizianhewicz
Connecticut State Marshal
Indifferent Person

## STATE OF CONNECTICUT

| | | |
|---|---|---|
| **RETURN DATE:  December 16, 2014** | : | **SUPERIOR COURT** |
| | : | |
| **MARC SACK, individually** | : | |
| **and on behalf of all other similarly situated** | : | **JUDICIAL DISTRICT OF** |
| **individuals,** | : | |
| **Plaintiff,** | : | **HARTFORD** |
| | : | |
| **V.** | : | |
| | : | |
| | : | |
| **SHOWMARK MEDIA, LLC** | : | |
| **and SHOWMARK HOLDINGS, LLC** | : | |
| **Defendants.** | : | **NOVEMBER 20, 2014** |

## <u>STATEMENT OF AMOUNT IN DEMAND</u>

WHEREFORE, the Plaintiff, individually and on behalf of all other similarly situated

individuals, claims a cause of action seeking damages not less than $15,000, exclusive of interest

and costs, which cause is within the jurisdiction of the Superior Court.

MARC SACK, individually and on behalf of
other similarly situated individuals

By:_____
Richard E. Hayber
**Hayber Law Firm, LLC**
221 Main Street, Suite 502
Hartford, CT 06106
Juris No.: 406659
(860) 522-8888
(860) 218-9555 (facsimile)
rhayber@hayberlawfirm.com

Attorneys for Plaintiff and the Class

A TRUE COPY ATTEST:

Keith D Niziankiewicz
Connecticut State Marshal
Hartford Json

STATE OF CONNECTICUT:

                     : ss: EAST HARTFORD       NOVEMBER 24, 2014

COUNTY OF HARTFORD  :

      Then and by virtue hereof and by direction of the Plaintiff's Attorney, I made due and legal service upon the within named defendant **SHOWMARK MEDIA, LLC,** by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0235 3381, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named defendant:

              **SHOWMARK MEDIA, LLC**
              **C/O INCORP SERVICES, INC.**
              **ONE COMMERCE CENTER**
              **1201 N ORANGE ST**
              **WILMINGTON, DE 19801**

              SUPPLEMENTAL RETURN TO FOLLOW

      And also, on the 24TH day of NOVEMBER, 2014, I made due and legal service upon the within named defendant **SHOWMARK HOLDINGS, LLC,** by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0235 7518, return receipt requested, a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND, with my doings thereon endorsed, addressed to the within named defendant:

              **SHOWMARK HOLDINGS, LLC**
              **C/O INCORP SERVICES, INC.**
              **ONE COMMERCE CENTER**
              **1201 N ORANGE ST**
              **WILMINGTON, DE 19801**

              SUPPLEMENTAL RETURN TO FOLLOW

      The within is the original WRIT, SUMMONS, COMPLAINT AND STATEMENT OF AMOUNT IN DEMAND with my doings thereon endorsed.



                                  ATTEST:

| | |
|---|---|
| Postage | $14.40 |
| Verified pages | 20.00 |
| Endorsements | 2.40 |
| Service | 60.00 |
| Travel | 5.00 |
| | --------- |
| Total | $102.20 |

                                KEITH NIZIANKIEWICZ
                                CT STATE MARSHAL
                                HARTFORD COUNTY

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
## SUPERIOR COURT
*www.jud.ct.gov*

**Instructions — *See Back/Page 2***

## *Notice To Self-Represented Parties*
***A self-represented party is a person who represents himself or herself.*** *If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| | |
|---|---|
| Return date | **Dec-16-2014** |
| Docket number | **HHD-CV-14-6055558-S** |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

### SACK, MARC  v. SHOWMARK MEDIA, LLC Et AI

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|---|
| | | | | **95 WASHINGTON STREET HARTFORD, CT 06106** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation or individual attorney | Juris number of attorney or firm |
|---|---|
| **MATTHEW JULIAN FORREST** | **420704** |

| **Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| **72 SOMERSET STREET** | | **8607573828** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| **WETHERSFIELD** | **CT** | **06109** | **8603724839** | **matthew@matthewforrestlaw.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☒ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only:
☐ Other *(Specify):*
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
    ☐ matters in the Family Division of the Superior Court     ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):*
                                                *(Name and Juris Number)*

2. ☒ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☒ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ **420704** | **MATTHEW JULIAN FORREST** | **Dec 01 2014** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Dec 01 2014** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
|---|---|
| **HAYBER LAW FIRM LLC - 221 MAIN STREET/SUITE 502/HARTFORD, CT 06106** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ **420704** | **MATTHEW JULIAN FORREST** | **Dec 01 2014** | **8607573828** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC SACK | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHOWMARK MEDIA, LLC, and | ) | |
| SHOWMARK HOLDINGS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOHN HANAW

I, John Hanaw, hereby state and declare as follows:

1. I am over the age of 18 years and understand the meaning and obligation of an
   oath;

2. I make this declaration based on my personal knowledge;

3. I am a dual citizen of the United States of America and the State of Israel.

4. I am a resident of the State of Israel.

5. Upon information and belief, on November 26, 2014, Plaintiff, Marc Sack, filed
   an action against the defendants in the state court entitled *Marc Sack,*
   *Individually and on Behalf of all Other Similarly Situated Individuals v. Showmark*
   *Media, LLC, and Showmark Holdings, LLC*, in the Superior Court, Judicial District
   of Hartford at Hartford, bearing a return date of December 16, 2014, bearing
   Docket No. HHD-CV14-6055558-S.



6. Upon information and belief, on November 24, 2014, Showmark Media, LLC, was served with a copy of Plaintiff's original Writ, Summons, Complaint and Statement of Demand by State Marshal's deposit with the U.S. Postal Service on Incorp Services, Inc., its agent for service of process, One Commerce Center, 1201 N. Orange Street, Wilmongton, DE, 19801.

7. A copy of the Complaint served upon Incorp Services for Showmark Media, LLC, in the state court action and a copy of the summons filed therein appear Exhibit A.

8. Upon information and belief, such documents were received by Incorp Services for Showmark Media, LLC, on November 28, 2014.

9. Upon information and belief, on November 24, 2014, Showmark Holdings, LLC, was also served with a copy of Plaintiff's original Writ, Summons, Complaint and Statement of Demand by State Marshal's deposit with the U.S. Postal Service on Incorp Services, Inc., its agent for service of process, One Commerce Center, 1201 N. Orange Street, Wilmongton, DE, 19801.

10. A copy of the Complaint served upon Incorp Services for Showmark Holdings, LLC, in the state court action and a copy of the summons filed therein appear at Exhibit B.

11. Upon information and belief, such documents were received by Incorp Services for Showmark Holdings, LLC, on December 8, 2014.

12. Defendant Showmark Media, LLC, is a limited liability company organized under the state of Delaware.

13. Showmark Media's sole member is Showmark Holdings, LLC.  See, id.

14. Defendant Showmark Holdings, LLC, is a limited liability company organized under the state of Delaware.

15. I am the sole member of Showmark Holdings, LLC.

16.  Defendants do not maintain a physical presence in the State of Connecticut.

17. The mailing address for defendants of 4 Research Drive, Suite 402, in Shelton, Connecticut, is a mere mail drop box.

18. Direction, control and coordination of Defendants occurs in the State of Maryland, rendering that such state the location of their principal place of business, if Defendants under the laws of the United States of America must be deemed to have a principal place of business.

19. Defendants have undertaken to quantify the total statutory damages claimed by Plaintiff that were be owed if all or substantially all of the claimed violations were compensable.



20. Based upon this calculation of Plaintiff's putative class claims, the amount of the statutory damages sought is in excess of $8,000,000.

21. To make such calaculation, I determined that "Thousands" of class members indicates a minimum of 2,000 class members. Plaintiff, as an alleged typical class member, claims he received 8 e-mails in violation of law, valued at $500 per violation. Thus, at least 16,000 violations (2,000 * 8) are claimed, with damages of at least $8,000,000 (16,000 * $500).

22. Defendants have further undertaken to review their records and preliminarily agree that, consistent with the allegations of the Complaint, there would be at least 16,000 e-mails at issue.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON:          December __, 2014

                                                    John Hanaw

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

### *Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date |
| --- |
| Dec-16-2014 |
| Docket number |
| HHD-CV-14-6055558-S |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

**SACK, MARC  v. SHOWMARK MEDIA, LLC Et AI**

| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | Address of Court *(Number, street, town and zip code)* |
| --- | --- | --- | --- | --- |
| | | | | **95 WASHINGTON STREET HARTFORD, CT 06106** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation or individual attorney | Juris number of attorney or firm |
| --- | --- |
| **RAYMOND LAW GROUP LLC** | **426989** |

| **Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
| --- | --- | --- |
| **90 NATIONAL DRIVE SUITE 3** | | **860-633-0580** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
| --- | --- | --- | --- | --- |
| **GLASTONBURY** | **CT** | **06033** | **860-633-0438** | **raymond@raymondlawgroup.com** |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only:
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☒ All Defendants.
☐ The following Defendant(s) only:
☐ Other *(Specify):*
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above,  put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
   *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

| **I agree to accept papers (service) electronically in this case under Practice Book Section 10-13** | ☒ Yes | ☐ No |
| --- | --- | --- |

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
| --- | --- | --- |
| ▶ **401137** | **BRUCE H RAYMOND** | **Dec 15 2014** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Dec 15 2014** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
| --- | --- |
| **MATTHEW FORREST - 72 SOMERSET STREET/WETHERSFIELD, CT 06109**<br>**HAYBER LAW FIRM LLC - 221 MAIN STREET/SUITE 502/HARTFORD, CT 06106** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
| --- | --- | --- | --- |
| ▶ **401137** | **BRUCE H RAYMOND** | **Dec 15 2014** | **860-633-0580** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for HHD-CV-14-6055558-S**

**Submitted By RAYMOND LAW GROUP LLC (426989)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 SHOWMARK MEDIA, LLC

Pty# D-02 SHOWMARK HOLDINGS, LLC.

**\*\*\*\*\* End of Party List \*\*\*\*\***

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❏ 1  U.S. Government
Plaintiff

❏ 3  Federal Question
*(U.S. Government Not a Party)*

❏ 2  U.S. Government
Defendant

❏ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury  - | ❏ 690 Other | ❏ 423 Withdrawal | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Product Liability | | 28 USC 157 | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | Liability | ❏ 367 Health Care/ | | | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| & Enforcement of Judgment | Slander | Personal Injury | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Product Liability | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and |
| ❏ 152 Recovery of Defaulted | Liability | ❏ 368 Asbestos Personal | | ❏ 840 Trademark | Corrupt Organizations |
| Student Loans | ❏ 340 Marine | Injury Product | | | ❏ 480 Consumer Credit |
| (Excludes Veterans) | ❏ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | Act | ❏ 862 Black Lung (923) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | ❏ 371 Truth in Lending | ❏ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 190 Other Contract | Product Liability | ❏ 380 Other Personal | Relations | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 196 Franchise | Injury | ❏ 385 Property Damage | ❏ 751 Family and Medical | | ❏ 895 Freedom of Information |
| | ❏ 362 Personal Injury - | Product Liability | Leave Act | | Act |
| | Medical Malpractice | | ❏ 790 Other Labor Litigation | | ❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ❏ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | ❏ 950 Constitutionality of |
| ❏ 240 Torts to Land | ❏ 443 Housing/ | Sentence | | 26 USC 7609 | State Statutes |
| ❏ 245 Tort Product Liability | Accommodations | ❏ 530 General | | | |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| | Other | ❏ 550 Civil Rights | Actions | | |
| | ❏ 448 Education | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

❏ 1  Original
Proceeding

❏ 2  Removed from
State Court

❏ 3  Remanded from
Appellate Court

❏ 4  Reinstated or
Reopened

❏ 5  Transferred from
Another District
*(specify)*

❏ 6  Multidistrict
Litigation

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

❏  CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ❏ Yes   ❏ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.  Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.  Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.