IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC SACK | ) | CIVIL ACTION NO. 2:14-cv-01937 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHOWMARK MEDIA, LLC, and | ) | |
| SHOWMARK HOLDINGS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure Rule 81(c)(2)(C) & 12(b)(6), Defendants in the above-captioned action respectfully move this Court for an Order dismissing Plaintiff's Class Action Complaint for failure to state a claim upon which relief can be granted.  A detailed Memorandum of Law in support of this Motion is filed herewith.  The sole cause of action, for violation of Conn.Gen.Stat., sec. 52-570c, is expressly pre-empted by Section 8(b) of the CAN-SPAM Act of 2003, 15 U.S.C., sec. 7707(b)

WHEREFORE Defendants respectfully request this Honorable Court dismiss the Class Action Complaint against them with prejudice.

.

                                                    Respectfully submitted,
                                                    THE DEFENDANTS

Date:  December 23, 2014                By: /s/ Jay M. Wolman
                                                      Jay M. Wolman ct29129
                                                      Bruce H. Raymond ct04981

ORAL ARGUMENT REQUESTED

                    Raymond Law Group LLC
90 National Drive, Suite 3
Glastonbury, CT 06033
P: 860-633-0580
F: 860-633-0438
wolman@raymondlawgroup.com
Raymond@raymondlawgroup.com
Their Attorneys.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

    Richard E. Hayber, Esq.
    Hayber Law Firm LLC
    221 Main Street, Suite 502
    Hartford, CT 06106

    Matthew Forrest, Esq.
    72 Somerset Street
    Wethersfield, CT 06109

Parties may access this filing through the court's CM/ECF System.

Date:  December 23, 2014                          /s/ Jay M. Wolman
                                                               Jay M. Wolman