IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARC SACK | ) | CIVIL ACTION NO. 2:14-cv-01937 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHOWMARK MEDIA, LLC, and | ) | |
| SHOWMARK HOLDINGS, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion to Dismiss and all opposition(s), this Court finds that Plaintiff has failed to state a cognizable claim against Defendants Showmark Media, LLC, and Showmark Holdings, LLC, and it is therefore

ORDERED that the Motion to Dismiss is hereby ALLOWED; and it is

FURTHER ORDERED that the Class Action Complaint against Defendants Showmark Media, LLC, and Showmark Holdings, LLC is hereby dismissed with prejudice.

Dated:          , 2015                    SO ORDERED,


                                          _____

                                                              , J.