IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARC SACK | ) CIVIL ACTION NO. 3:14-cv-01937 |
|    Plaintiff, | ) |
| v. | ) |
| SHOWMARK MEDIA, LLC, and<br>SHOWMARK HOLDINGS, LLC | ) |
|    Defendants. | ) |

**NOTICE OF APPEARANCE OF COUNSEL
ON BEHALF OF DEFENDANTS**

Pursuant to D. Conn. L. Civ. R. 5, notice is hereby given of the appearance of undersigned counsel on behalf of the defendants in the above entitled matter:

Name:       Bruce H. Raymond

Bar No.:    ct04981

Address:    Raymond Law Group LLC
            90 National Drive, Suite 3
            Glastonbury, CT 06033

Telephone:  860-633-0580

Fax No.:    860-633-0438

Email:      Raymond@raymondlawgroup.com

Dated:      December 23, 2014

                                                Respectfully submitted,
                                                THE DEFENDANTS

                                                By: /s/ Bruce H. Raymond
                                                Bruce H. Raymond ct04981
                                                Raymond Law Group LLC
                                                90 National Drive, Suite 3
                                                Glastonbury, CT 06033

P: 860-633-0580
F: 860-633-0438
Raymond@raymondlawgroup.com
Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing, including:

Richard E. Hayber, Esq.
Hayber Law Firm LLC
221 Main Street, Suite 502
Hartford, CT 06106

Matthew Forrest, Esq.
72 Somerset Street
Wethersfield, CT 06109

Parties may access this filing through the court's CM/ECF System.

Date:  December 23, 2014

/s/ Bruce H. Raymond
Bruce H. Raymond